UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X

Colon,                              Plaintiffs,                    **O R D E R**

            - against -
                                                      7:13-cv-2630 (CS)


City of Yonkers,                    Defendants.
--------------------------------------------------------X
<u>Seibel, J.</u>

     It having been reported to this Court that the claims in this case have been settled, IT IS

HEREBY ORDERED that this action is discontinued with prejudice but without costs; provided,

however, that if settlement is not consummated within thirty days of the date of this order,

Plaintiff may apply by letter within the thirty-day period for restoration of the action to the

calendar of the undersigned, in which event the action will be restored.

     SO ORDERED.


Dated: White Plains, New York
     June 19, 2018

                                  _Cathy Seibel_
                                _____
                                CATHY SEIBEL, U.S.D.J.